**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WENDELL JERMAINE HOLLIS,

Plaintiff,

-v-

No. 2:10-cv-10729-LPZ-PJK
Hon. Lawrence P. Zatkoff

MATTHEW FULGENZI, Detroit Police Office; RICHARD A. BULLARD, Detroit Police Officer, sued in their individual Capacities; RALPH L. GODBEE, Jr., Chief of Police, Detroit Police Department, sued in his official capacity,

Defendants.

______________________________/

**STIPULATION TO DISMISS CASE**

The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith dismissing the said cause with prejudice and without costs and attorney fees to any party.

IT IS SO ORDERED that this matter be dismissed with prejudiced as stipulated to by the parties.

s/Lawrence P. Zatkoff
Lawrence P. Zatkoff
United States District Judge

Dated: August 29, 2012

/s/ Daniel E. Manville
Daniel E. Manville
Counsel for the Plaintiff

/s Marion R. Jenkins (with permission)
Marion R. Jenkins (P26257
Counsel for Defendants